# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 11-3034** | **September Term, 2012** |
| | 1:08-cr-00167-RJL-4 |
| | 1:08-cr-00167-RJL-2 |
| | 1:08-cr-00167-RJL-1 |
| | **Filed On: July 30, 2013** [1449299] |

United States of America,

    Appellee

    v.

William Cordova, also known as Mario, also known as Centinella,

    Appellant

------------------------------

Consolidated with 11-3043, 11-3044

## O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file proposed briefing formats, it is

**ORDERED** that the motion for extension of time be granted. The following deadline(s) are now established:

    Proposed Format(s)                                November 25, 2013

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                                BY:    /s/
                                             Mark A. Butler
                                             Deputy Clerk